IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00089-PSF-CBS

BEELER PROPERTIES LLC, a Colorado limited liability company;
LAMBERTSON HOMES LLC, a Colorado limited liability company;
MEMPHIS STREET LLC, a Colorado limited liability company; and
1225 PARTNERS, LLLP, a Colorado limited liability partnership,

      Plaintiffs,

v.

LOWE ENTERPRISES RESIDENTIAL INVESTORS LLC,
a Delaware limited liability company;
METROPOLITAN HOMES, INC., a Colorado corporation;
PAUL LUCATUORTO, in his individual capacity; and
JEANNIE G. REESER, in her capacity as Public Trustee for Adams County, Colorado,

      Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE PRE-TRIAL
SCHEDULING CONFERENCE**

---

This matter is before the Court upon Plaintiffs Unopposed Motion to Reschedule Pre-Trial Scheduling Conference (Dkt. # 14)**.**  The Court, having reviewed the motion and being fully advised hereby ORDERS that the motion is GRANTED.

IT IS ORDERED that the pretrial scheduling conference currently set for February 13, 2007 is RESCHEDULED to **Monday, April 2, 2007 at 8:30 a.m.**

As stated in this Court's previous Order (Dkt. # 10), a Proposed Joint Scheduling Order is due **at least five days before the Scheduling Conference.**

DATED:  February 7, 2007        BY THE COURT:

                                         *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge