**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CHIEF JUDGE LEWIS T. BABCOCK**

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: April 2, 2007 |
| Court Reporter: Gwen Daniel | |

_____

| | |
|---|---|
| Civil Case No. 07-cv-00089-PSF-CBS | _Counsel:_ |
| BEELER PROPERTIES, et al., | Glenn Merrick |
| | Gene Cianio |
| Plaintiffs, | Mark Shaner |
| v. | |
| LOWE ENTREPREISES, et al., | John McDermott |
| | David Tonini |
| Defendants. | Byeongsook Seo |

_____

**COURTROOM MINUTES**

HEARING - STATUS/SCHEDULING

08:34 a.m.     Court in Session

Court's comments

**ORDERED: The Motion for Leave to File One Page Surreply (Doc No. 29) is GRANTED.**

08:36 a.m.     Court in Recess
                        Hearing concluded
                        Time: /02