IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00089-PSF-CBS

BEELER PROPERTIES LLC, a Colorado limited liability company;
LAMBERTSON HOMES LLC, a Colorado limited liability company;
MEMPHIS STREET LLC, a Colorado limited liability company; and
1225 PARTNERS, LLLP, a Colorado limited liability partnership,

    Plaintiffs,

v.

LOWE ENTERPRISES RESIDENTIAL INVESTORS LLC,
a Delaware limited liability company;
METROPOLITAN HOMES, INC., a Colorado corporation;
PAUL LUCATUORTO, in his individual capacity; and
JEANNIE G. REESER, in her capacity as Public Trustee for Adams County, Colorado,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Defendants' Motion for Leave to File One-Page Surreply (Dkt. # 29) is GRANTED and the Surreply attached to the motion is accepted as filed.

DATED: April 2, 2007